IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
APR 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
APR 17 2008

United States of America ex rel.

__Albert Murphy, I.D 2006096780__
(Full name and prison number)
(Include name under which convicted)

PETITIONER

vs.

__Thomas Dart__
(Warden, Superintendent, or authorized
person having custody of petitioner)

RESPONDENT, and

(Fill in the following blank **only** if judgment
attacked imposes a sentence to commence
in the future)

ATTORNEY GENERAL OF THE STATE OF

_____
(State where judgment entered)

08CV2207
JUDGE HIBBLER
MAG. JUDGE VALDEZ

Case Number of State Court Conviction:

__07CR-00848__

**PETITION FOR WRIT OF HABEAS CORPUS -- PERSON IN STATE CUSTODY**

1. Name and location of court where conviction entered: __Circuit Court of Cook County, Illinis 2600 South California, Chicago ILL, 60608__

2. Date of judgment of conviction: __October 29, 07__

3. Offense(s) of which petitioner was convicted (list all counts with indictment numbers, if known)
__Attempted first degree murder and Aggravated Battery with firearm__

4. Sentence(s) imposed: _____

5. What was your plea? (Check one)   (A) Not guilty    (✓)
                                     (B) Guilty        ( )
                                     (C) Nolo contendere ( )

If you pleaded guilty to one count or indictment and not guilty to another count or indictment, give details:

**PART I -- TRIAL AND DIRECT REVIEW**

1. Kind of trial: (Check one):   Jury (✓)   Judge only ( )

2. Did you testify at trial?   YES (✓)   NO ( )

3. Did you appeal from the conviction or the sentence imposed?  YES ( )   NO (✓)

    (A) If you appealed, give the

    (1) Name of court: _____

    (2) Result: _____

    (3) Date of ruling: _____

    (4) Issues raised: _____

    (B) If you did not appeal, explain briefly why not: My attorney would not address my constitutional violations in my post-trial motion for retrial

4. Did you appeal, or seek leave to appeal, to the highest state court?   YES ( )   NO (✓)

    (A) If yes, give the

    (1) Result _____

    (2) Date of ruling: _____

    (3) Issues raised: _____

    (B) If no, why not: I need Justice Promptly, and speedily

5. Did you petition the United States Supreme Court for a writ of *certiorari*?  Yes ( )   No (✓)

    If yes, give (A) date of petition: _____   (B) date *certiorari* was denied: _____

2

**PART II -- COLLATERAL PROCEEDINGS**

1. With respect to this conviction or sentence, have you filed a post-conviction petition in state court?

YES ( )  NO (✓)

With respect to *each* post-conviction petition give the following information (use additional sheets if necessary):

A. Name of court: _____

B. Date of filing: _____

C. Issues raised: _____

_____

_____

D. Did you receive an evidentiary hearing on your petition?  YES ( )  NO (✓)

E. What was the court's ruling? _____

F. Date of court's ruling: _____

G. Did you appeal from the ruling on your petition?  YES ( )  NO (✓)

H. (a) If yes, (1) what was the result? _____

   (2) date of decision: _____

   (b) If no, explain briefly why not: I never filed a petition

I. Did you appeal, or seek leave to appeal this decision to the highest state court?

YES ( )  NO (✓)

   (a) If yes, (1) what was the result? _____

   (2) date of decision: _____

   (b) If no, explain briefly why not: Never filed a petition.

3

2. With respect to this conviction or sentence, have you filed a petition in a **state court** using any other form of post-conviction procedure, such as *coram nobis* or habeas corpus?    YES ( )    NO (✓)

   A. If yes, give the following information with respect to each proceeding (use separate sheets if necessary):

      1. Nature of proceeding    _____

      2. Date petition filed    _____

      3. Ruling on the petition    _____

      3. Date of ruling    _____

      4. If you appealed, what was the ruling on appeal?    _____

      5. Date of ruling on appeal    _____

      6. If there was a further appeal, what was the ruling?    _____

      7. Date of ruling on appeal    _____

3. With respect to this conviction or sentence, have you filed a previous petition for habeas corpus in **federal court?**    YES ( )    NO (✓)

   A. If yes, give name of court, case title and case number: _____

   B. Did the court rule on your petition? If so, state

      (1) Ruling: _____

      (2) Date: _____

**4. WITH RESPECT TO THIS CONVICTION OR SENTENCE, ARE THERE LEGAL PROCEEDINGS PENDING IN ANY COURT, OTHER THAN THIS PETITION?**

YES (✓)    NO ( )

If yes, explain: In the circuit court of Cook County, ILLINIS. I have a post-trial motion for retrial pending.

4

## PART III -- PETITIONER'S CLAIMS

1. State <u>briefly</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground. You may attach additional pages stating additional grounds and supporting facts. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds later.

**BEFORE PROCEEDING IN THE FEDERAL COURT, YOU MUST ORDINARILY FIRST EXHAUST YOUR STATE COURT REMEDIES WITH RESPECT TO EACH GROUND FOR RELIEF ASSERTED.**

(A) Ground one  Due-Process, actual and substantial prejudice to
Supporting facts (tell your story <u>briefly</u> without citing cases or law):

the defendant resulted from the prosecutor deliberately or intentionally misleading the grand jury. Detective Garcia knowingly responded untruthfully to a specific question set forth to him by the present prosecution constitutes perjury, a false statement material to the point in question, any testimony before a grand jury which might properly affect the bring of an indictment is material.

(B) Ground two  Searches, Seizures.
Supporting facts:

Petitioner Albert Murphy was a occupant in the back seat left passenger side of the car. Detectives had no probable cause to pull over the car. The car was not stoling the car had proper registration, the lights function properly. Detective never issue any ticket for any violations. There where no calls or complaints made or reported about the car. Detective then force his way in the car without ower's consent. Detective had no warrant.

5

(C) Ground three  Reasonable Doubt
    Supporting facts:

The state failed to prove beyond a reasonable doubt that Albert murphy intended to kill. At trial it was well establish that petitioner Albert murphy and Joel mcgee engaged in a physical struggle for a gun at liquor store located at 111 N. Kezdie. In the struggle for the gun, the gun accidentally discharge hitting Joel mcgee in Lower back left side. How could Albert murphy intend to kill when he did not have complete controll of the gun.

(D) Ground four  States Attorney failed to prove beyond a reasonable
    Supporting facts:

doubt that Albert murphy the petitioner was not justifed in using the force that he used. petitioner Albert murphy and Joel mcgee had a struggle for a gun. Albert murphy did not intend to kill or cause great bodily harm, but rather a means to defend his self in the struggle for the gun. Albert murphy did what any normal person would have done. Albert murphy push pointed the gun away from his body.

2   Have all grounds raised in this petition been presented to the highest court having jurisdiction?
    YES ( )   NO (✓)

3.  If you answered "NO" to question (16), state briefly what grounds were not so presented and why not:

I never filed a petition.

6

**PART IV -- REPRESENTATION**

Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(A) At preliminary hearing _____

(B) At arraignment and plea Richard C. Kloak 224 S. Marion St Oak Park, ILL 60304

(C) At trial Richard C. Kloak 224 S. Marion St Oak Park, ILL 60302

(D) At sentencing _____

(E) On appeal _____

(F) In any post-conviction proceeding Steven H. Sosman 1400 W. Devon Chicago, ILL 60660

(G) Other (state): _____

**PART V -- FUTURE SENTENCE**

Do you have any future sentence to serve following the sentence imposed by this conviction?

YES ( )   NO (✓)

Name and location of the court which imposed the sentence: _____

Date and length of sentence to be served in the future _____

WHEREFORE, petitioner prays that the court grant petitioner all relief to which he may be entitled in this proceeding.

Signed on: 4-7-08
(Date)

_____
Signature of attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.

Albert Murphy
(Signature of petitioner)
200600967 80
(I.D. Number)
P.O. Box 089002/Chicago/ILL, 60608
(Address)

REVISED 01/01/2001

Petitioner's Claims

(E) Ground(5) Supporting facts.
Prosecutorial misconduct may warrant dismissal of an indictment where a defendant Due process rights are violated over that his right to a fair trial is violated or where the prosecutor's conduct in some way under mines the integrity of the judicial process as manifesting according to fact, and the fact that Detective Garcia knowingly responded untruthfully to a specific question set forth to him by the present prosecution constitutes perjury.

(F) (6) Supporting Facts.
Falsity of witness testimony need not have been know personally by prosecutor in order for there to have been knowing use of false testimony and constitutional violation, and it has long been recognized that the deprivation of on individuals liberty based upon false testimony is contrary to the basic principle in a civilized society. Except for the core allegations that defendant committed a Aggravated Battery with a firearm and Attempted first Degree murder, there was no truth to the testimony of (Det) Garcia false testimony tainted the grand jury.

(G) Ground (7) Supporting Facts.    Deliberate or Intentional misleading of the grand jury. The subordinate argument of the defendant is that the grand jury was deliberately or intentionally misled by the Prosecutor. And the defendant seeks to show bad faith on the part of the

prosecutor in his case and presention of this case before the grand jury prosecutorial misconduct is a proper ground for a dismissal of the indictment and the due process right of the defendant was violated if the grand jury is deliberatly or intentionally misleud by the prosecutor.

(H) Ground (8) supporting facts: Over reaching
As defined by Black Law Dictionary is, fraudulent conduct in taking unfair advantage of the defendant, and defendant claims and contest the charges of Attempted First Degree murder and Aggravated Battery with a firearm is an intentional device to gain tactical advantage over the accused, and dismissal of an indictment is required only in flagrant cases in which the grand jury has been overreached or deceived in some significant way. Here, the behavior of the prosecutor even if it was unintentional deceived and led into error the grand jury, and it would be a violation of due process to try a defendant on an Indictment returned By a Biased grand Jury.

(I) Ground (9) supporting facts: The validity of the Attemtped first Degree murder statute (720 ILCS 5/8-4 (west 2000)) as amended by Public Act 91-404. We find the attempt statute (720 ILCS 5/8-4 (west 2000) unconstitutional. Because we find that the attempt statute violates the proportionate penalties clause of this state's Constitution, we need not consider defendant's alternative argument that the amended attempt statute violates the Separation of Powers Clause of the Illinois Constitution (Ill. Const. 1970, art. II s. 1).

(J) Ground (10) supporting facts: Double Jeopardy
Petitioner Albert Murphy was convicted for Attempted First Degree murder and Aggravated Battery with a firearm. This conviction violates the one-crime one-act doctrine, do to one shot fired at the same one victim.

(K) Ground (11) supporting facts: Equal protection
Petitioner Albert Murphy and Joel McGee victim both engaged in a physical struggle for the gun. But Albert Murphy was the only one charged and convicted.

(L) Ground (12) supporting facts: The court erred in denying Albert Murphy's motion for a directed verdict of not guilty at the close of the evidence.