

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s)  *Albert Murphy*                    )

**08CV2207**

**JUDGE HIBBLER**

**MAG. JUDGE VALDEZ**

Defendant(s)  *Thomas Dart*

### MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, _Albert Murphy_ ,declare that I am the (check appropriate box)
   [ ] plaintiff  [✓] defendant in the above-entitled proceeding and state that I am unable to afford
   the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in
   this proceeding:

**ᴸ FILED**

APR 1 7 2008
APR 1 7 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

3. In further support of my motion, I declare that (check appropriate box):

   [✓] I am not currently, nor previously have been, represented by an attorney appointed by the Court
   in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court
   in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [✓] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding
   detailing my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and
   it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding.
   However, my financial status has changed and I have attached an Amended Application to Proceed *In
   Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_Albert Murphy_
Movant's Signature

_4-7-08_
Date

_2600 S California, P.O. Box 089002_
Street Address

_Chicago, IL, 60608_
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____
If this case is still pending, please check box  ☑

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____
If this case is still pending, please check box  ☑

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____
If this case is still pending, please check box  ☑

Assigned Judge: _____    Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____
If this case is still pending, please check box  ☑