

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Illinois Attorney General's Office,<br>100 West Randolph - 12th Floor<br>Chicago, IL 60601 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>RECEIVED<br>APR 21 2008<br>Office of The Attorney General<br>Office Services<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 7031 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# FILED

APR 28 2008  YM
APR 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

08cv2207
United States District Court
219 S. Dearborn St
Chicago, IL 60604

RECEIVED
APR 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT